JOHN A. BOURBONNAIS v. STATE.

No. A-983.   Opinion Filed August 1, 1911.

Appeal from District Court, Pottawatomie County, Roy Hoffman, Judge

John A Bourbonnais was convicted for selling intoxicating liquor to a minor, and appeals.   Reversed and remanded.

G. A. Outcelt, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error was indicted, tried and convicted in the district court of Pottawatomie county of the crime of selling intoxicating liquor to a minor and was sentenced to imprisonment in the penitentiary for a term of four years.   Judgment and sentence was entered on June 24, 1910.   From which judgment an appeal was taken by filing in this court on December 23rd, 1910, a petition in error with case-made attached.   This appeal challenges the constitutionality of the act (Sess. Laws 1909, p. 166) under which this prosecution was had. The identical question was passed upon by this court in the case of Nowakowski v. State, infra, 116 Pac. 351, in which it was held that the act in question declaring this offense a felony and fixing the punishment therefor is unconstitutional and void.   See also Meek v. State, infra, 116 Pac. 356.   The judgment of the district court of Pottawatomie county is therefore reversed and the cause remanded.

---

NEUT CADENHEAD v. STATE.

No. A-798.   Opinion Filed August 9, 1911.

Appeal from District Court, Washita Coutny; James R. Tolbert, Judge.

Neut Cadenhead was convicted of the crime of rape, and appeals. Appeal dismissed.

Smith & Wagner, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error was by information charged with, tried and convicted of statutory rape and was sentenced to serve a term of five years imprisonment in the state penitentiary.   Judgment and sentence was pronounced and entered on December 9th, 1909.   From this sentence he appealed by filing in this court on June 11th, 1910, a petition in error with case-made attached.   Counsel for plaintiff in error has filed a motion to dismiss the appeal herein for the reason that a parole has been granted by the Governor, and that the conditions thereof were accepted and consented to by plaintiff in error.   Where a parole is granted and accepted and this fact is brought to the attention of this court, pending an appeal, the appeal will be dismissed.   Gilmore v. State, 3 Okla. Cr. 639, 108 Pac. 416.   Therefore it is considered that said appeal be, and the same is, hereby dismissed, and the cause remanded to the district court of Washita county.